Decided March 22, 2001

### STATE OF CONNECTICUT *v.* ROBERT WATSON

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 591 (AC 16892), is dismissed.

*Robert Watson*, pro se, in support of the petition.

Decided March 30, 2001